AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
FILED

JAN 19 2022

Nathan Ochsner, Clerk of Court

Gerardo Jair Canseco-López
_Petitioner_

(1) Merrick Garland vsv. Attorney General
(2) Mathew Barker Hera office Director for Detention & Removal Process
(3) Alexander Mayorkas. Secretary of the U.S. DHS
(4) TOE D. Johnson Acting Director of US ICE
_Respondent_
(name of warden or authorized person having custody of petitioner)

A# 206 707 109

Case No. _(Supplied by Clerk of Court)_

4:23cv196

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Gerardo Jair Canseco-López
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Montgomery Processing Center
   (b) Address: 806 Hilbig Rd.
   Conroe, Texas 77301
   (c) Your identification number: A-206 707 109
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Immigration Detention Center - Federal
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): Detention in violation of the statute and regulation. Substantive Due Process violation - Due Process Clause of the Fifth Amendment. Being Held/Illegally Detained by Immigration

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Illegal Detainment Detension in Violation of the statute and regulation, and substantive "Due process Violation"
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☑ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: N/A
      (2) Date of filing: N/A
      (3) Docket number, case number, or opinion number: N/A
      (4) Result: 
      (5) Date of result: N/A
      (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not appeal: This is my first time filing a Writ of Habeas Corpus, nothing to appeal.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: __N/A__

(2) Date of filing: __N/A__
(3) Docket number, case number, or opinion number: __N/A__
(4) Result: __N/A__
(5) Date of result: __N/A__
(6) Issues raised: __N/A__

(b) If you answered "No," explain why you did not file a second appeal: __I've never filed anything. First time filing a Writ of Habeas Corpus.__

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: __N/A__

(2) Date of filing: __N/A__
(3) Docket number, case number, or opinion number: __N/A__
(4) Result: __N/A__
(5) Date of result: __N/A__
(6) Issues raised: __N/A__

(b) If you answered "No," explain why you did not file a third appeal: __I don't want to fight my case as per Immigration law I am being held longer than I am suppose, so I want to know why I am being hol__

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result: N/A
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes  ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 08-22-24
(b) Date of the removal or reinstatement order: 08-22-24
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised: (Not at all) N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Detention in violation of the statute and regulation Section 241 of the Immigration and Nationality Act permits the detention for the government to effect a final order of removal for the period of 90 days beyond the statutory period the Supreme Court has held 6 month Zadvydas vs Davis 533 US 678, 1200

(a) Supporting facts (Be brief. Do not cite cases or law.):
(1) Petitioner was taken into custody by I.C.E. on 24th of August 2022 and has been in custody of I.C.E since then. (2) Petitioner has co-operated fully with all effort by I.C.E. to remove, he provide identity documents, has provided necessary biography information complied with ICE demands unable to remove.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** No liklihood that petitioner will be removed from United States continued detention is not authorized by 8·v·S·(C)(a)(6) and because of 8 C.F.R 241.14 cannot operate beyond the purpose.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Petitoner's 180days custody Review by (H.O.P.DV) the department of homeland security in Washington, D.C. will be conducted on about Jan. 24, 2023 at which point petitioner release from custody was denied. If realesed petitioner will reside at 25431 E. 92nd CTS Broken Arrow, OK 74014 Phone # 918-706-9918 on ICE supervise

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Substantive Due Process violation, the fifth amendment Prohibits the government from subjecting person to preventative detention. No person shall be deprived of life, liberty or property See Zadvydas V. Davis 533 U.S. 678, 693 (201) U.S. Const. Amend. V. Freedom from Imprisonment from government.

(a) Supporting facts (Be brief. Do not cite cases or law.):
(7) The allegations set forth 1-7 as though set forth fully here.
(8) There is no significant likelihood that petitioner removal will occur in the reasonably forseeable future. As petitioner is not dangerous, not a risk of flight, + cannot be removed he not qualified justice overal due process. See Zadvydas, 533 U.S. at 690.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner Procedural due process Violation see Plyer, 457 U.S at 210

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
According to the Petitioner fundamental Interest, he believe procedual process is not behalf of more than I lawfully sentenced in detention facilities (more than six months).

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

## Request for Relief

15. State exactly what you want the court to do: Issue as order: "A" - declaring that Petitioner continued detention is not authorized by the INA / or violate the fifth amendment "B" - Granting this petition for a Writ of Habeas Corpus and releasing Petitioner under an order of supervision. "E" gra any other and further relief this Court may deem appropiate

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____          _____
                                Signature of Petitioner

                              _____
                              Signature of Attorney or other authorized person, if any



Gerardo Jair Conseco-Lopez
A# 206 707 109.
806 Hilbig Rd.
Conroe, Tx. 77301

United States Courts
Southern District of Texas
FILED
JAN 19 2023
Nathan Ochsner, Clerk of Court

This mail is correspondence
From an MPC detainee

United States District Court
Southern District of Texas
P.O Box 61010
Houston, Tx. 77208