United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERARDO JAIR CANSECO-LOPEZ, (Montgomery Processing Center A#206707-109) Petitioner, | § § § § § § § § |
| vs. | § JUDGE CHARLES ESKRIDGE § § |
| MERRICK GARLAND, *et al*, Respondents. | § § § |

CIVIL ACTION NO 4:23-cv-00196

ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on ___June 23, 2023___, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge